UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

| | |
|---|---|
| STEVE HOFSAESS | |
| Appellant, | Case No. 2:13-CV-1161 RCJ |
| vs. | MINUTE ORDER |
| AUGUST LANDIS | |
| Appellee | Date: 9/27/13 |

**PRESENT:**
**THE HONORABLE ROBERT C. JONES, CHIEF UNITED STATES DISTRICT JUDGE**

**Deputy Clerk:**  Eileen Wood         **Recorder:**  Joan Quiros

**Counsel for Appellant:**  Christopher Gellner

**Counsel for Trustee Office:**  Edward McDonald, Blaine Welsh, Jonas Anderson, Athanasios Agelakopoules

On September 27, 2013, the Court held a hearing regarding Government's Motions for Leave to Appear as Government Attorney (ECF Nos. 6 and 7) and Motion to Stay Pending Appeal (ECF No. 3).

The Court having considered the arguments made by counsel at the time of the hearing and for good cause appearing,

IT IS ORDERED that Government's Motions for Leave to Appear as Government Attorney (ECF Nos. 6 and 7) and Motion to Stay Pending Appeal (ECF No. 3) are hereby DENIED.

IT IS FURTHER ORDERED, however that Christopher Gellner shall return the sum of $13,000.00, minus the debtor's filing fee, to the Registry of the U.S. District Court within 30 days, pending proceeding of an Appeal.

IT IS SO ORDERED.

Dated this 2nd day of October, 2013.

_____
ROBERT C. JONES
CHIEF UNITED STATES DISTRICT JUDGE