DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: **STEVE HERBERT HOFSAESS**<br><br>            Debtor.<br><br>**STEVE HERBERT HOFSAESS AND CHRISTOPHER G. GELLNER, ESQ.,**<br><br>            Appellants<br>     v.<br><br>**TRACY HOPE DAVIS,**<br>**UNITED STATES TRUSTEE, REGION 17,**<br><br>            Appellee. | Case No. 2:13-cv-01161-RCJ<br><br>Appeal Ref. No. 13-22<br><br>Bankr. Case No. 2:08-bk-23761-btb<br><br>Chapter 11 |

### UNOPPOSED MOTION TO AMEND ORDER AT DOCKET NO. 34

The United States of America respectfully request that this honorable Court grant this motion for the following reasons:

1. The United States of America filed the *Unopposed Motion for Limited Remand and Related Relief* on February 24, 2014. [*See* Docket No. 33.]

2. On March 14, 2014, the Court entered an order granting the *Unopposed Motion for Limited Remand and Related Relief.* [*See* Docket No. 34.]

3. The *Unopposed Motion for Limited Remand and Related Relief,* and the order granting it,

- 1 -

provides that this Court shall transfer $11,961 held in its registry to the registry of the Bankruptcy Court.

4.  However, because this amount accrued interest during the period it was held in the District Court's registry, this Court transferred $11,961.86 to the registry of the Bankruptcy Court on or about March 20, 2014. [*See In re Hofsaess*, Case No. 08-23761-BTB (Bankr. D. Nev. filed Nov. 19, 2008) at Docket No. 335.]

5.  Because the Bankruptcy Court's Administrative Order 2013-01, which amends Rule 7067 of the Local Rules of Bankruptcy Procedure for the District of Nevada, requires that orders directing the deposit of funds into the registry of the Bankruptcy Court state the exact amount to be deposited, the United States of America respectfully requests that this Court amend its Order docketed at docket number 34 to provide that the amount to be transferred to the registry of the Bankruptcy Court be in the amount of $11,961.86.

6.  Mr. Hofsaess and Mr. Gellner do not oppose this motion and have agreed to the terms of both this Unopposed Motion and the Stipulation.

Respectfully submitted this 2nd day of April 2014.

_____
STEVE HERBERT HOFSAESS
Appellant
Consented to In Form and Substance

_____
CHRISTOPHER G. GELLNER
Appellant
Consented to In Form and Substance

DANIEL G. BOGDEN
United States Attorney

/s/ Blaine T. Welsh
_____
BLAINE T. WELSH
Assistant United States Attorney
Attorneys for Appellee

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED April 3, 2014