DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | |
| STEVE HERBERT HOFSAESS, | Case No: 2:13-cv-01161-RCJ |
| Debtor. | Appeal Reference No. 13-22 |
| STEVE HERBERT HOFSAESS AND CHRISTOPHER G. GELLNER, ESQ., | Bankruptcy Case No. 2:08-bk-023761-btb |
| Appellants, | Chapter 11 |
| v. | |
| THE UNITED STATES TRUSTEE, | |
| Appellee. | |

### JOINT MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and Federal Rules of Appellate Procedure, Rule 42(a), the United States Trustee, Steve Herbert Hofsaess and Christopher G. Gellner, Esq. (the "Parties") stipulate to dismissal and respectfully request that this honorable Court enter an order dismissing the above referenced appeal.

1  On March 14, 2014, this Court entered an order remanding this case back to the bankruptcy court to consider the settlement attached thereto. [*See* Docket No. 34.]

On March 27, 2014, the bankruptcy court entered an order approving the settlement. [*See In re Hofsaess*, Case No. 2:08-bk-023761-btb, Docket No. 337.]

Pursuant to paragraph 1(a) of the settlement, Christopher G. Gellner, Esq. had his electronic filing rights in bankruptcy court restored and filed the required proof he took four hours of continuing legal education in ethics. [*See In re Hofsaess*, Case No. 2:08-bk-023761-btb, Docket No. 329.]

Pursuant to paragraph 1(b) of the settlement, the registry funds were released to Steve Herbert Hofsaess. [*See In re Hofsaess*, Case No. 2:08-bk-023761-btb, Docket No. 369.]

Pursuant to paragraphs 1(d) and (e) of the settlement, the United States timely filed a motion requesting modification of the confirmed plan of reorganization (the "Motion"). [*See In re Hofsaess*, Case No. 2:08-bk-023761-btb, Docket No. 350.]

The Motion was granted and Steve Herbert Hofsaess subsequently filed an affidavit averring he had made distributions from the registry funds pursuant to the Motion. [*See In re Hofsaess*, Case No. 2:08-bk-023761-btb, Docket Nos. 365 & 384.]

Pursuant to paragraph 4(b) of the settlement, the Parties now jointly request dismissal of the above referenced appeal.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1     Accordingly, the Parties stipulate to dismissal and respectfully request that an order be
2 issued dismissing the above referenced appeal, with each party to bear its own costs and
3 attorneys' fees.
4     Respectfully submitted this ___ day of February 2015.

DANIEL G. BOGDEN
United States Attorney

_____
STEVE HERBERT HOFSAESS
Appellant

_____
BLAINE T. WELSH
Assistant United States Attorney
*Attorneys for Appellee*

_____
CHRISTOPHER G. GELLNER
Appellant

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: February 19, 2015